## LE GRAW, Respondent, *v.* GUIRAUD, Appellant.

*(Common Pleas of New York City and County, General Term.   December 18, 1890.)*

Appeal from eighth district court.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*H. B. Van Trouk,* for appellant.   *R. Lyon,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

## LEVY, Respondent, *v.* KRAKOWSKI *et al.,* Appellants.

*(Common Pleas of New York City and County, General Term.   December 18, 1890.)*

Appeal from fifth district court.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*G. C. Eldridge,* for appellants.   *J. Fennell,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

## SCHUMACHER, Respondent, *v.* NICHOLS *et al.,* Appellants.

*(Common Pleas of New York City and County, General Term.   December 18, 1890.)*

Appeal from seventh district court.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*Mr. Goodhart,* for appellants.   *L. J. Conlan,* for respondent.

No opinion.   Appeal dismissed, without costs.

---

## HARNETT *v.* WESTCOTT.

*(Superior Court of New York City, General Term.   May 5, 1890.)*

No opinion.   Motion for reargument granted, upon defendant paying costs of motion.   FREEDMAN, J., dissenting.   See 2 N. Y. Supp. 10; 3 N. Y. Supp. 7.

---

## TOWNSHEND *v.* McGUIRE *et al.*

## TOWNSHEND *v.* LOEW *et al.*

*(Superior Court of New York City, General Term.   July 8, 1890.)*

PER CURIAM.   The exceptions taken by the plaintiff are overruled, and judgment is ordered for the defendants on the verdict, on the authority of *Townshend* v. *Frommer,* 5 N. Y. Supp. 442, with costs.   See 10 N. Y. Supp. 918.